UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | |
| ) | CRIMINAL ACTION NO. |
| VS. ) | |
| ) | 3:92-CR-319-G (BT) (01) |
| KEVEN L. SAMUELS, #23418-077, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, styled as another motion to reduce sentence, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which the objections were made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the motions to reduce sentence under 18 U.S.C. § 3582(c)(1)(A), (docket entries 19 & 22), are denied without prejudice.

**SO ORDERED**.

July 30, 2020.

_____
A. JOE FISH
Senior United States District Judge